RECEIVED
~~SDNY PRO SE OFFICE~~

UNITED STATES DISTRICT COURT  2017 JUN -5  PM 3: 46
SOUTHERN DISTRICT OF NEW YORK    S.D. OF N.Y.

James Canty Jr.
_____

Write the full name of each plaintiff.

17CV 4221

(Include case number if one has been assigned).

-against-

City of New York Dept of
Housing, Preservation and Development
Gotham Building an Maintenance
NAICA / D.H.S. / camba Mens Shelter

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Job Discrimination, Prevaling Wage
Fail to provide proper servies and
other

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
             (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **City of NY**, is incorporated under the laws of the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **New York City**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**James    C    Canty Jr.**
First Name    Middle Initial    Last Name

**711 B Seagirt av.**
Street Address

**Far Rockaway    N Y.    11691**
County, City    State    Zip Code

**718-688-5257**
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Alex Charles
First Name / Last Name
Dept. of Housing, Preservation & Development
Current Job Title (or other identifying information)
100 Gold St. # 7L
Current Work Address (or other address where defendant may be served)
N.Y.     N.Y.     10007
County, City / State / Zip Code

Defendant 2: C.A.M.B.A. Mens Shelter
First Name / Last Name
M.I.C.A.
Current Job Title (or other identifying information)
2402 Atlantic Av.
Current Work Address (or other address where defendant may be served)
Brooklyn    N.Y.    11233
County, City / State / Zip Code

Defendant 3: J.C. N.A.I.C.A. Bronx Park Av.
First Name / Last Name
Transitional Housing
Current Job Title (or other identifying information)
3339 Park Av.
Current Work Address (or other address where defendant may be served)
Bronx    N.Y.    10456
County, City / State / Zip Code

Defendant 5 Delta Manor
1530 Beach Av.
Bronx N.Y. 10460

Page 4

Defendant 4: <u>CITY of N.Y ATTN: Corporation Counle</u>
                          First Name                          Last Name

Current Job Title (or other identifying information)
<u>100 Church St. 4 FL</u>
Current Work Address (or other address where defendant may be served)
<u>N.Y.</u>       <u>N.Y.</u>       <u>10007</u>
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: <u>701 Euclid Av. Bklyn NY 11208</u>

Date(s) of occurrence: <u>1988 to 1990</u>

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. At 14:58:00 on 03-13-1989 as I was cleaning my Buildings for the City of NY Herinafter called N.Y.C.H.A. I was arrested for selling drugs, the case was dismissed because the Police admitted they made a Mystake.

2. I was evited from my rent Free Apartment but was never terminated. The Man was Name James Cathy

3. I Lost my city Job during a scandle with Gotham Building an Maintinace

4. C.A.M.B.A. Mens shelter failed to provide proper services, wouldn't re house me after 10 years and owe me money

⑤ N.A.I.C.A. Failed to provide proper services

⑥ The Case was finaly setteled After 10 yrs. #94-CV04507 U.S. Courthouse S.D.N.Y. Federal records Center Case Location listing Accsession Numbers 21-06-0104, Agency Box Numbers 149, 150 FRC Location # H 3224054, Superintendent of Buildings/costodial Contractor.

⑦ They Changed my I.D. From 5-1-1990 to 8-31-2016

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

⑧ Delta Manor failed to provide proper Services Pain and Suffing from Hypoglcemia and other

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1  Life insurance $10,000.00
2  Lost Wages H.P.D. 5,000,000
3  Deformation of Chartor 10, Million dollars
4  Severance Packages
5  Delta Manor $25,000 ⁰⁰
6  C.A.M.B.A. $5969.00
7. City of N.Y. 5969.00

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06-05-2017

Plaintiff's Signature: James Canty Jr.

First Name: James
Middle Initial:
Last Name: Canty Jr

Street Address: 711 B Seagirt AV.

County, City: Far Rockaway   State: NY   Zip Code: 11691

Telephone Number: 718-688-5257

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Lost Wages, Severance Package, Life Insurance 10,000.00 and Deformation of Charitor.

Mr. Alex Charles was not the manager of my building, he was the manager of my farther building 431 New Jersey AV., I was in 430 New Jersey AV. 1L Mr Alex Charles was supposed to evict my farther he was a sqotter and had no lease. Gothem building and Mantainance has setteled the class Action suit It was under Wallace & Brunson. After the case was finished mr Ambinder wouldn't help me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of Feb., 2016.

Signature of Plaintiff: James Conty Jr.
Mailing Address: 15471 Brookville Blvd
Jamaica, N.Y. 11422
Holiday Inn JFK Airport
Telephone Number: 718-712-0100
Fax Number (if you have one): 718-719-0200

781 E. 135 St
Bronx, N.Y.
10454

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

~~UNITED STATES DISTRICT COURT~~
~~SOUTHERN DISTRICT OF NEW YORK~~

~~N.Y.O.E.D.A.~~ 101

James Canty Jr. Hearing Request

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

-against-

The New York City Department of Housing Preservation and Development, Mr. Alex Charles, 100 Gold street N.Y. N.Y. 10047 7L, Mr Attar Campbell 9th Fl 100 Gold St. N.Y NY Gotham Building and Maintanace has settled The Class Action Lawsuit
Office Of the Comptroller 1 Centre St.

Jury Trial: ☒ Yes ☐ No
(check one)

~~94-cv-045-07~~

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   James Canty Jr.
C.J.    Street Address  ~~Holiday Inn JFK, 15471 Brookville Blvd.,~~
        County, City    ~~Queens, Jamaica~~
        State & Zip Code ~~NY 11422~~   781 E. 135 St
        Telephone Number ~~718-711-0100~~  Bronx, N.Y. 10454

New Address

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name   Mr. Alex Charles
                   Street Address  100 Gold St. N.Y. N.Y. 10007 #7L

_Rev. 05/2010_

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 701 Euclid ave. Brooklyn N.Y., Housing preservation and Development

B. What date and approximate time did the events giving rise to your claim(s) occur? Nov. 1988. The City has hired Conway, Farrell, Curtin and Kelly, P.C. Mr Robert S. Delmond ATT. at Law

C. Facts:

**What happened to you?** I had to stop work as a superintendent of buildings due to false arrest but and Evicted from my rent free apartment but was never termenated

**Who did what?** Mr. Alex Charles testified in housing court that he saw me selling drugs from my apartment and had me arrested by T.N.T. while I was waiting on the settlement. The case was dismissed.

**Was anyone else involved?** Yes it was a Class Action Lawsuit. The City hired mr. Loyd Ambinder of Virgina and Ambinder. The case was handled by Judge Loretta A. Preska in this court.

**Who else saw what happened?** No one I was supposed to have been reinstated but never was, I was put back to work in the mailroom at 100 Gold St. and the parks Dept.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Rev. 0: 2010

CIVIL COURT OF THE CITY OF NEW YORK
County of Bronx   Part 14

Index No. 5201/17

**STIPULATION OF SETTLEMENT**

James Cuity Jr
Plaintiff(s),

-against-

NAIA Brown
Defendant(s).

*Civil Court of the City of New York — JUN 02 2017 — ENTERED*

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows:

Case is discontinued w/o prejudice to consent of action in Supreme Court

So ordered

_____  _____
Signature        Date        Signature        Date

*PAUL L. ALPERT — JUDGE CIVIL COURT*

_____  _____
Signature        Date        Signature        Date

Page ____ of ____

CIV-GP-32 (Revised December, 2005)

PAUL L. ALPERT
JUDGE CIVIL COURT